FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$11,885.00 U.S. CURRENCY,<br><br>Defendant. | No. 2:21-cv-00081-SMJ<br><br>**FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT**<br><br>***U.S. MARSHALS SERVICE ACTION REQUIRED*** |

Before the Court, without oral argument, is the United States' Motion for Default Judgment and Final Order of Forfeiture, ECF No. 18. Having considered the pleadings and file in this matter, the Court is fully informed, grants the motion, and enters the following Final Order of Forfeiture.

Plaintiff alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property captioned above is subject to forfeiture to the United States under 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter under 28 U.S.C. § 1355, and venue is proper under the same statute.

The Defendant property being sought for forfeiture is described as follows: $11,885.00 U.S. currency seized by the United States Drug Enforcement Administration on or about August 10, 2020. ECF No. 1 at 2.

On July 12, 2021, the United States Marshals Service executed the Warrant of Arrest In Rem. ECF No. 13.

On July 14, 2021, through August 12, 2021, notice of forfeiture was posted on an official government website, www.forfeiture.gov. ECF No. 15.

On July 14, 2021, potential claimant Eric Buchanan was provided notice of this civil forfeiture action. ECF No. 14.

On September 17, 2021, a Clerk's Order of Default was entered against potential claimant, Eric Buchanan. ECF No. 17.

No timely claims to the Defendant property have been received or filed with the Court, and the deadline for filing timely claims has passed.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment and Final Order of Forfeiture, **ECF No. 18**, is **GRANTED**.

2. A Default Judgment is entered against the interests of Eric Buchanan.

3. The Defendant property is hereby forfeited to the United States of America and no right, title, or interest shall exist in any other person or entity.

**4.** The United States Marshals Service shall dispose of the forfeited currency described herein in accordance with law.

**5.** This Court shall retain jurisdiction in the case for the purpose of enforcing or amending this order.

**6.** The Clerk's office shall **CLOSE** this file.

**7.** All deadlines and hearings set in this matter are **STRICKEN**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of October 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

FINAL ORDER OF FORFEITURE AND ORDER GRANTING DEFAULT JUDGMENT – 3